JOSEPH SCHENKER, Appellant, *v.* RITA P. SCHENKER, Respondent.

(Submitted July 7, 1920; decided September 28, 1920.)

Motion to amend remittitur denied, with ten dollars costs. (See 228 N. Y. 600.)

---

IDA MULKINS, Appellant, *v.* NELLIE SNOW et al., Respondents.

*Appeal — order affirming order granting motion for judgment not appealable as of right to Court of Appeals.*

*Mulkins* v. *Snow*, 189 App. Div. 923, appeal dismissed.

(Submitted September 28, 1920; decided October 5, 1920.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 17, 1919, which affirmed an order of Special Term granting a motion for judgment in favor of defendants upon the pleadings.

The motion was made upon the ground that the order was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Thomas H. Larkin* for appellant.

*Hudson Ansley* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.